IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POTTER,<br><br>        Plaintiff,<br><br> vs.<br><br>THE PALACE OF FINE ARTS LEAGUE, INC., CITY AND COUNTY OF SAN FRANCISCO, ABIGAIL DOE AND DOES 2 through 25 Inclusive,<br><br>        Defendants.<br>_____/ | No. C 03-1217 MEJ<br><br>ORDER DISMISSING CASE;<br><br>ORDER FOR CLERK OF COURT TO CLOSE FILE. |

Before the Court is Plaintiff's letter dated July 17, 2005, stating that he has no objections to the Court dismissing his case. As settlement was reached and put on the record on September 24, 2004, the Court hereby DISMISSES this case with prejudice. The Clerk of Court is hereby ORDERED to close the file.

IT IS SO ORDERED.

Dated: September 15, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge